IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON TREVON WHARTON,

    Petitioner,

v.                                       Case No. 1:22-cv-273-AW-HTC

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      Jason Trevon Wharton filed a § 2254 petition challenging his conviction and life sentence. At issue is his Amended Petition. ECF No. 16. The magistrate judge submitted a report and recommendation concluding the court should deny the petition. ECF No. 27. I have considered the report and recommendation and the filings that preceded it. I have also reviewed Wharton's objections (ECF No. 28) and considered de novo the issues he raises.

      After careful consideration, I conclude the report and recommendation should be adopted in full. I now incorporate it into this order. Wharton's objections are overruled. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied. The clerk will close the file.

      SO ORDERED on June 5, 2024.

                                        s/ *Allen Winsor*
                                        United States District Judge